IN THE UNITED STATES DISTRICT COURT FOR
THE *Middle* DISTRICT OF ALABAMA

RECEIVED

*Ivory James Smith* )
Full name and prison name of            )        2007 NOV 15  A 9: 56
Plaintiff(s)                            )
                                        )        DEBRA P. HACKETT CLK
                                        )        U.S. DISTRICT COURT
v.                                      )        MIDDLE DISTRICT    CIVIL ACTION NO. *2:07CV1005-MHT*
                                        )        (To be supplied by Clerk of U.S. District
*Davonda Greenwood* )                   )        Court)
*A. Tillman* )                          )
_____ )
_____ )
_____ )
                                        )
Name of person(s) who violated your     )
constitutional rights. (List the names  )
of all the person.)                     )

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?        YES ☐        NO ☒

C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1. To be Freed from Detention

2. To have Ofc. Tillmon expunged from the Plaintiff's

3. To receive Punitive damages of $5 million dollars

4. To receive compensatory damages of $4.5 million dollars

*Ivory Smith*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____11-10-07_____.
(Date)

*Ivory Smith*
Signature of plaintiff(s)

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still
    pending ?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT *Montgomery County*
*Detention Facility 250 S. McDonough P.O. Box 4599*
*(36104)*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
*216 Collinwood Ave, Montgomery, Ala,*

III.  NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1.  *Davonda Greenwood    On Arrest Report.*

2.  *A. Tillman      Parole Officer   350 Adams Ave*

3.  _____

4.  _____

5.  _____

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED *10-15-2007*


V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:    *Unlawful Imprisonment*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 10-15-2007 Davonda Greenwood alleged that the plaintiff was in an altercation with her at 216 Collinwood Ave. And physically assaulted her. The Plaintiff states that he did not assault Ms. Greenwood and has witnesses to affirm this. The warrant was fraudulent

GROUND TWO: Cruel And Unusual Punishment

SUPPORTING FACTS: I informed Ms Tillmon that I had not committed this offense and that Ms. Tillmon was informed that the victim gave Tillmon a fictitious name. The Parole officer proceeded to have the Plaintiff incaccerated regardless.

GROUND THREE: Deliberate Indifference

SUPPORTING FACTS: The Parole officer Tillmon refused to investigate the facts presented to her by the Plaintiff and stated that in her own words, "Oh, You did it." Supporting the fact that Tillmon is and was biased and had no regard for issues of fact.

Ivory Smith # 80240
(MCDF P.O. BOX 4595
Montgomery, ALA.
36104

USA 41

INMATE MAIL

DebrA HAckott
Clerk of Court
P.O. Box 711
Montgomery, ALA.
36101