In the United States
District Court for the
Middle District of Alabama

Ivory James Smith,
  Plaintiff,                    Civil Action No.

vs.                             2:07cv1005-MHT

Davonda Greenwood,
A. Tillmon,
  Defendants,

## Informa Pauperis

Comes now the Petitioner, [Pro-Se] in the above and aforementioned cause stating that at present he is indeed indigent and does not have the appropriate funds, properties or monies to pay the $350.00 filing fee that this civil action will require in order to initiate said proceedings.

Therefore; the Petitioner prays that this Honourable Court allows Him to proceed Informa Pauperis.

I certify that the above is true and factual suitable for a court of law.

11-09-07                        Signed, Ivory Smith