IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IVORY JAMES SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1005-MHT |
| | )          [WO] |
| DAVONDA GREENWOOD, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED AND ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. #4) is adopted, and the complaint for relief (Doc. #1) is dismissed with prejudice as to defendants Davonda Greenwood and A. Tillman, and is dismissed without prejudice to the extent the plaintiff presents claims challenging his confinement for a violation of the terms of his parole and the constitutionality of a criminal charge pending against him before the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of December, 2007.

       /s/ Myron H. Thompson       
UNITED STATES DISTRICT JUDGE